FREDERICK J. PULSCH and Another, Respondents, v. NYACK EXPRESS COMPANY, INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. S. W. STRAUSS & Co., Respondent, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of The City of New York and Constituting the Board of Taxes and Assessments of The City of New York, Appellants. (Taxes of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK KRIDEL, Respondent, v. WILLIAM STANLEY MILLER, President; BYRON R. NEWTON and Others, as Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes of 1934 and 1935.) — Motion for reargument denied, with one bill of ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

IDA ROSEN, Respondent, v. FULTON STORAGE WAREHOUSE Co., INC., Appellant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

LUCY SALVAGIO and Another, Respondents, v. ROSE CETRA, Appellant.— Motion for leave to appeal to the. Appellate Division granted. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

ANDREW SENCHACK, Respondent, v. THEODORE STERLING, Appellant. ANDREW SENCHACK, JR., an Infant, by His Guardian ad Litem, ANDREW SENCHACK, Respondent, v. THEODORE STERLING, Appellant. LIONEL FRANK, an Infant, by His Guardian ad Litem, H. SEATON FRANK, Respondent, v. THEODORE STERLING, Appellant. H. SEATON FRANK, Respondent, v. THEODORE STERLING, Appellant.— Motion for reargument denied, with one bill of ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

MORRIS SIEGEL, Respondent, v. WALTER R. GORDON, as Trustee, etc., of MARY A. GORDON, Deceased, Defendant, and CITY BANK FARMERS TRUST COMPANY, as Trustee, etc., of MARY A. GORDON, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Davis, Johnston and Taylor, JJ.; Carswell, J., not voting.

ANNA SMITH, an Infant, by THOMAS J. SMITH, Guardian ad Litem, Respondent, v. WESTCHESTER COUNTY and WESTCHESTER COUNTY PARK COMMISSION, Appellants. THOMAS J. SMITH, Respondent, v. WESTCHESTER COUNTY and WESTCHESTER COUNTY PARK COMMISSION, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE VILLAGE OF MASSAPEQUA PARK, Respondent, v. MASSAPEQUA PARK VILLA SITES, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 764.] The following question is certified: Should defendant's motion to dismiss the amended complaint have been granted? Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.